for the Second Circuit denied. *Mr. W. Bourke Cockran* for the petitioner. *The Solicitor General* for the respondent. :

---

No. 1011. FRANK T. WELLS, PETITIONER, *v.* THE UNITED STATES; No. 1012. RUFUS J. IRELAND, PETITIONER, *v.* THE UNITED STATES; No. 1013. WILBERFORCE SULLY, PETITIONER, *v.* THE UNITED STATES; and No. 1014. GEORGE W. DALLY, PETITIONER, *v.* THE UNITED STATES. June 10, 1912. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. John C. Spooner* and *Mr. Joseph P. Cotton, Jr.,* for the petitioners. No appearance for the respondent.

---

No. 1156. ÆTNA LIFE INSURANCE COMPANY, OF HARTFORD, CONN., PETITIONER, *v.* BENJAMIN LUCAS OUTLAW. June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Levi H. David* for the petitioner. No appearance for the respondent.

---

No. 1157. THE ORDER OF ST. BENEDICT OF NEW JERSEY, PETITIONER, *v.* ALBERT STEINHAUSER, INDIVIDUALLY, ETC. June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Frank W. Arnold* and *Mr. J. Warren Greene* for the petitioner. No appearance for the respondent.

---

No. 1169. WILLIAM M. McCOACH, COLLECTOR, ETC., PETITIONER, *v.* THE MINEHILL & SCHUYLKILL HAVEN

225 U. S.    Cases Disposed of Without Consideration by the Court.

RAILROAD COMPANY. June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *The Attorney General* and *The Solicitor General* for the petitioner. No appearance for the respondent.

_____

No. 1170. KATE C. ARCHER, PETITIONER, *v.* THE GREENVILLE SAND & GRAVEL COMPANY. June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. T. M. Miller* for the petitioner. No appearance for the respondent.

_____

CASES DISPOSED OF WITHOUT CONSIDERA-
TION BY THE COURT FROM APRIL 1, TO
JUNE 10, 1912.

No. 127. A. D. GIBBS, APPELLANT, *v.* THE INTERNATIONAL BANKING CORPORATION ET AL. Appeal from the Supreme Court of the Philippine Islands. April 2, 1912. Dismissed with costs, on motion of counsel for the appellant. *Mr. Allison D. Gibbs* for the appellant. No appearance for the appellees.

_____

No. 284. COMMERCIAL STATE BANK & TRUST COMPANY, PLAINTIFF IN ERROR, *v.* J. L. BATES, TRUSTEE. In error to the Supreme Court of the State of Mississippi. April 2, 1912. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Marcellus Green, Mr. Charles A. Douglas, Mr. Gibbs L. Baker, Mr. Thomas Ruffin* and *Mr. Hugh H. Obear* for the plaintiff in error. *Mr. W. R. Harper* and *Mr. Robert P. Willing* for the defendant in error.